OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 08. 2015

6/26/2015
HUCKEL, JESSIE ALAN     Tr. Ct. No. W10-33708-L (B)          WR-78,518-03

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

JESSIE ALAN HUCKEL
POWLEDGE UNIT - TDC # 1760219
1400 FM 3452
PALESTINE, TX 75882